UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR 05-00310 SBA |
| | ) | |
| Plaintiff, | ) | [PROPOSED] PRELIMINARY |
| | ) | ORDER OF FORFEITURE |
| v. | ) | |
| | ) | |
| ROBERT CITRON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on December 14, 2005, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that defendant Robert Citron shall forfeit to the United States all of his right, title and interest in the following:

1.  Dell Dimension desktop personal computer, model XPS R350, serial number GP1RA and

2.  Custom built Scorpio 868W desktop PC

pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the

property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this 2nd day of May 2008.

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge