UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT CITRON,<br><br>    Defendant. | Case No. CR 05-00310 SBA<br><br>[PROPOSED] FINAL ORDER OF FORFEITURE |

On May 5, 2008, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title, and interest in:

1. Dell Dimension desktop personal computer, model XPS R350, serial number GP1RA; and

2. Custom built Scorpio 868W desktop PC

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (3). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 11/19/08

_Saundra B. Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge